IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAN AGAINST XTINCTION, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF MAINE | ) |
| DEPARTMENT OF MARINE RESOURCES, | ) |
| et al., | ) **Civil Action: 1:19-cv-00406-LEW** |
| | ) |
| Defendants, and | ) |
| | ) |
| MAINE LOBSTERMEN'S ASSOCIATION, | ) |
| 2 Storer St, Suite 203 | ) |
| Kennebunk, ME 04043 | ) |
| | ) |
| Proposed Intervenor- | ) |
| Defendant. | ) |

**MAINE LOBSTERMEN'S ASSOCIATION CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1(a) and Local Rule 7.1, Proposed Intervenor-Defendant Maine Lobstermen's Association makes the following disclosures:

1. The Maine Lobstermen's Association is a trade association representing 1,200 members and advocating for a sustainable lobster resource.

2. The Maine Lobstermen's Association was founded in 1954 and is currently the oldest and largest fishing industry association on the east coast.

3. No persons, associations of persons, firms, partnerships, limited liability companies, joint ventures, corporations (including parent or affiliated corporations), or any

similar entities own 10% or more of Maine Lobstermen's Association stock.

Dated: June 17, 2020                          Respectfully submitted,


                                              /s/ *Kip J. Adams*_____
                                              Kip J. Adams (Maine Bar No. 004546)
                                              Lewis Brisbois Bisgaard & Smith
                                              One International Place
                                              Suite 350
                                              Boston, MA 02110
                                              Tel: (857) 313-3919
                                              Kip.Adams@lewisbrisbois.com


                                              /s/ *Mary Anne Mason*_____
                                              Mary Anne Mason (D.C. Bar #375825)*
                                              3203 Davenport Street NW
                                              Washington, D.C. 20003
                                              Tel: (202) 262-2424
                                              Pluot12@me.com
                                              *Counsel for Maine Lobstermen's Association*
                                              *Pro hac vice admission pending*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of June, 2020, I electronically filed the foregoing Corporate Disclosure Statement with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to counsel of record in this proceeding.

I further certify that I caused a copy of the foregoing to be served by First Class United States Mail to the following:

MAN AGAINST EXTINCTION<br>
Richard Maximus Strahan<br>
University of New Hampshire<br>
83 Main Street<br>
6080 Granite Street Station<br>
Durham, New Hampshire 03824

Dated: June 17, 2020               Respectfully submitted,

/s/ *Kip J. Adams*
Kip J. Adams