## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MAINE

| | |
|---|---|
| MAN AGAINST XTINCTION, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) |
| | ) |
| COMMISSIONER OF MAINE | ) |
| DEPARTMENT OF MARINE RESOURCES, | ) |
| et al., | ) **Civil Action: 1:19-cv-00406-LEW** |
| Defendants, and | ) |
| | ) |
| MAINE LOBSTERMEN'S ASSOCIATION, | ) |
| 2 Storer St, Suite 203 | ) |
| Kennebunk, ME 04043 | ) |
| | ) |
| Proposed Intervenor- | ) |
| Defendant. | ) |
| | ) |
| | ) |

**DECLARATION OF PATRICE F. McCARRON IN SUPPORT OF**
**MAINE LOBSTERMEN'S ASSOCIATION**
**MOTION TO INTERVENE**

I, **PATRICE F. MCCARRON**, declare and state as follows:

1. I am the executive director of the Maine Lobstermen's Association (MLA), having served in this role since 2001. I am responsible for overseeing the operations of the association and leading the association's outreach and policy pertaining to conserving large whales. I serve as one of Maine's representatives on the Atlantic Large Whale Take Reduction Team (TRT).

2. The MLA is a private, not-for-profit cooperative trade association representing more than 1,200 members. MLA's membership is comprised of 970 voting members who are commercial lobstermen in Maine. This means they are "owner-operator" lobster harvesters who possess a valid commercial lobster and crab harvesting license from the State of Maine that authorizes them to operate a boat engaged in commercial fishing for lobster within a designated lobster fishery management zone. Recognizing that there are many businesses and individuals that wish to support Maine lobstermen, MLA has a separate non-voting membership category which includes 236 associate members. MLA's associate members include sternmen, i.e., individuals actively employed on a commercial lobster fishing boat who do not possess a commercial lobster license, businesses and associations that support lobster harvesters in business or activity related to the lobster fishing industry, and individuals, many of whom are retired Maine lobstermen interested in supporting MLA's harvester members as they operate the world's most sustainable fishery. According to the MLA's bylaws, associate members do not have any voting rights and cannot serve on the Board of Directors.

3. Since 1954, the MLA has provided a credible voice for the industry on marine resource management issues and is highly regarded by stakeholders in the health of Maine's unique coastal and marine resources. MLA members are committed to its mission to advocate for a sustainable lobster resource and the fishermen and communities that depend on it.

4.      MLA members fish in waters subject to National Marine Fisheries Service's (NMFS) Atlantic Large Whale Take Reduction Plan (TRP or Take Reduction Plan) under the Marine Mammal Protection Act (MMPA) and Biological Opinion under the Endangered Species Act (ESA) using fishing practices authorized under the TRP and the Biological Opinion that are the subject of this complaint. MLA members also fish in Maine's coastal waters that are exempt from the TRP.

5.      Since the inception of the TRT in 1995, the MLA has been a leader in federal and state efforts to preserve and protect the health of the endangered North Atlantic right whale population when the animals transit waters off the Maine coast. MLA has been a key player in cooperative research to develop new fishing technologies, and the development and implementation of practical management measures and harvesting practices to minimize risk to right whales when they are present in Maine waters.

6.      The members of MLA are on the front line of right whale protection efforts in the Gulf of Maine because they are responsible for implementation of harvesting practices designed to reduce potentially harmful interaction between right whales and lobster fishing gear. Maine's lobster harvesters have made multiple changes in the deployment of harvesting gear, including incorporating weak links into buoy lines, deploying sinking groundlines in non-exempt waters, abiding by minimum numbers of traps per endline based on distance from shore, and minimizing the use of knots in fishing gear. These measures have combined to demonstrably reduced the risk of harm to right whales in the Gulf of Maine. Maine lobstermen also mark their buoys and endlines in order to aid in identifying the origin of fishing gear if it entangles a whale. The state of Maine implemented new gear marking regulations for lobster gear in 2020 that expand and enhance gear marking requirements beyond what is required under the TRP.

7.      MLA's members operate pursuant to the Atlantic States Marine Fisheries Commission (ASMFC) Amendment 3 Lobster Fishery Management Plan and its addenda, in

addition to NMFS' Biological Opinion and the Take Reduction Plan, and any change to these would impact MLA's members. MLA members fish rope which the plaintiff alleges has entangled North Atlantic right whales and is currently required to comply with Amendment 3. Requiring additional mitigation measures to reduce the risk of entanglement directly implicates MLA members and their ability to fish. The implementation of such measures would directly and significantly impact the economic interests and livelihood of MLA's harvester members and their communities.

8. MLA seeks this Court's leave to intervene to address the need for, effectiveness of, and potential collateral impacts of any proposals to alter regulatory requirements and related fishing practices under NMFS' 2014 Biological Opinion and its Take Reduction Plan, both of which regulate the American lobster fishery from which MLA's members make their livelihoods.

9. As a long-time member of the TRT and leader in development and implementation of conservation measures that have been incorporated into the Take Reduction Plan over time, I have brought to the table MLA's extensive, collective, technical and historical knowledge of the interaction between endangered whales and the Maine lobster fishery. Moreover, under the direction of MLA's Board of Directors, all of whom are commercially-licensed lobster harvesters, I have made sure that MLA remains a consistent voice within the stakeholder community for fishery management and whale conservation practices that are thoroughly grounded in the best-available, most current scientific evidence on these interrelated subjects. And, at the Board's direction, I have facilitated MLA's goal to be a constructive partner with credible scientific, conservation and regulatory entities in the search for an effective approach to management of the lobster fishery that cares for the welfare of endangered right whales while, at the same time, respecting the safety, operational, and economic interests of Maine's lobster harvesters.

10. The MLA and its members have a long and extensive track record of collaboration with scientists in developing and testing fishing gear to reduce the risk of entanglement. The MLA partnered with the NMFS gear team in the 1990's to measure gear profiles, test weak links and explore gear modifications; worked with researchers in the 2000's to establish methods and standards to deploy weak links, develop buoy line marking methods, deploy remotely operated vehicle (ROV) and sensors to measure groundline rope profiles, and tested a variety of vertical line modifications such as weak rope, stiff rope, glow rope and time tension line cutters. Since 2010, MLA and its members have worked with scientists to publish a resource describing lobster gear and configurations deployed in the New England lobster fishery, mapped lobster fishing effort, developed a fishing gear/right whale risk model, documented wear issues associated with sinking groundlines and recommendations to improve wear of that line, described options for best fishing practices, tested colored vertical lines, measured the breaking strength of existing vertical lines, tested new versions of weak rope and updated time tension line cutters.

11. I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 12th day of June, 2020, at Kennebunk, ME.

/s/ *Patrice F. McCarron*
Patrice F. McCarron